NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2009-3301

### GARY V. GRECCO,

Petitioner,

v.

### MERIT SYSTEMS PROTECTION BOARD,

Respondent.

Petition for review of the Merit Systems Protection Board
in NY844E080322-I-2.

## ON MOTION

## O R D E R

Gary V. Grecco moves to "recapture" the docketing fee and to withdraw his petition for review.

The court deposits the fees with the Treasury Department upon receipt and cannot refund the fee once it is deposited. See Practice Note following Fed. Cir. R. 52.

Accordingly,

IT IS ORDERED THAT:

(1)     The motion to refund the docketing fee is denied.

(2)     The motion to withdraw the petition for review is granted. The petition is dismissed. Each side shall bear its own costs.

FOR THE COURT

FEB 1 7 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:    Gary V. Grecco
       Calvin Morrow, Esq.
s8

ISSUED AS A MANDATE:    FEB 1 7 2010

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 1 7 2010

JAN HORBALY
CLERK